UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC., <br><br> Plaintiff - Appellant, <br><br> and <br><br> GEA NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FPS FOOD PROCESS SOLUTIONS CORPORATION, <br><br> Defendant - Appellee. | No. 22-35832 <br><br> D.C. No. 1:17-cv-00519-MMB <br> U.S. District Court for Idaho, Boise <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Jonathan Westen
Circuit Mediator

vs/mediation